

# Fourth Court of Appeals
## San Antonio, Texas

June 26, 2019

Nos. 04-19-00192-CR & 04-19-00193-CR

John Joe **AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR7068 & 2016CR10374
Honorable Lori I. Valenzuela, Judge Presiding

## CONSOLIDATION ORDER

Appellant has filed an unopposed motion to consolidate these appeals. We grant the motion and order Appeal Nos. 04-19-00192-CR and 04-19-00193-CR consolidated.

The parties must file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a party in a single appeal. However, a separate record must be maintained in each appeal. If supplementation of the record becomes necessary, the supplemental material must be filed in each appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court